SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>   Plaintiff,<br><br>vs.<br><br>Avtar Singh Atwal, et al,<br><br><br>   Defendants | Case No.: CIV.S 08-cv-00350-MCE-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF AVTAR SINGH ATWAL, INDIVIDUALLY AND D/B/A QUICK TRIP MART AND ORDER**<br><br>Complaint Filed: FEBRUARY 15, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Avtar Singh Atwal, Individually and d/b/a Quick Trip Mart) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant Avtar Singh Atwal, Individually and d/b/a Quick Trip Mart, is dismissed with
2  prejudice because this Defendant no longer operates the business.
3
4  Dated: September 19, 2008                /s/Scott N. Johnson
                                            SCOTT N. JOHNSON
5                                           Attorney for Plaintiff
6
   **IT IS SO ORDERED**.
7
   DATED: September 23, 2008
8
9                                           _____
                                            MORRISON C. ENGLAND, JR
10                                          UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                       CIV: S-08-00350-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com