IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-08-0350 MCE EFB PS

      vs.

CHARAN BUDWAL, d/b/a
QUICK TRIP MART,[1]

      Defendants.              ORDER
_____/

      This case was last before the court on March 11, 2009, on plaintiff's motion for default judgment, which plaintiff withdrew at the hearing upon the appearance of Defendant Charan Budwal, d/b/a Quick Trip Mart. Although plaintiff indicated that he may file a subsequent motion, there has been no activity in this case since March 11, 2009.

      Accordingly, IT IS HEREBY ORDERED that a Status Conference be scheduled for Wednesday, September 16, 2009, at 10:00 a.m., in Courtroom No. 25.

////

////

---

[1] Defendant Avtar Singh Atwal was dismissed with prejudice by order of the district judge filed September 24, 2008, because Mr. Atwal "no longer operates the business." Dckt. No. 12.

1

1    IT IS FURTHER ORDERED that, on or before September 2, 2009, plaintiff shall, in
2 cooperation with defendant, file a joint status report addressing the following matters:
3    a. Service of process;
4    b. Possible joinder of additional parties;
5    c. Any expected or desired amendment of the pleadings;
6    d. Jurisdiction and venue;
7    e. Anticipated motions and the scheduling thereof;
8    f. The proposed discovery plan developed pursuant to Federal Rule of Civil
9       Procedure 26(f);
10   g. Future proceedings, including setting appropriate cutoff dates for discovery
11      and law and motion and the scheduling of a pretrial conference and trial;
12   h. Modification of standard pretrial procedures specified by the rules due to the
13      relative simplicity or complexity of the action or proceedings;
14   I. Whether the case is related to any other case, including matters in bankruptcy;
15   j. Whether the counsel will stipulate to the magistrate judge assigned to this
16      matter acting as settlement judge and waiving any disqualifications by
17      virtue of his so acting, or whether they prefer to have a Settlement
18      Conference before another judge;
19   k. Any other matters that may add to the just and expeditious disposition of this
20      matter.
21   IT IS SO ORDERED.
22 DATED: July 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2