SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Charan Budwal, et al,<br><br>        Defendants | Case No. **2:08-cv-00350-EFB**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: September 16, 2009<br>Time: 10:00 am<br>Courtroom: 25 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from September 16, 2009 to October 14, 2009. Plaintiff has a VDRP hearing scheduled for this date and cannot attend the status conference.

Dated: August 24, 2009        /s/Scott N. Johnson _____
                              Scott N. Johnson,
                              Attorney for Plaintiff

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-08-cv-00350-EFB - 1

**ORDER**

IT IS HEREBY ORDERED THAT the Status Conference is CONTINUED to October 14, 2009, at 10:00 a.m. in Courtroom No. 25.

Dated:  August 24, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-08-cv-00350-EFB - 2