IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

  vs.

CHARAN BUDWAL,

        Defendant.
_____/

No. CIV S-08-0350 MCE EFB PS

<u>ORDER AND</u>
<u>ORDER TO SHOW CAUSE</u>

This case was referred to the undersigned on July 7, 2009, pursuant to Eastern District of California Local Rule ("Local Rule") 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). On July 10, 2009, the court issued an order scheduling a status conference for September 16, 2009, and directing the parties to file a joint status report, on or before September 2, 2009, addressing various case management matters. Dckt. No. 16. On August 24, 2009, plaintiff filed a request for a continuance of the status conference to October 14, 2009. Dckt. No. 17. That request was granted on August 25, 2009. Dckt. No. 18.

On October 2, 2009, plaintiff filed a late status report. Dckt. No. 19. In the status report, plaintiff states that "[i]nstead of completing the Joint Status Report which was sent to Defendant on September 24, 2009, Defendant chose to send Plaintiff pictures of the parking lot." *Id.* at 1. The parties are cautioned that failure to comply with orders of this court or with the court's Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by

1

statute or Rule or within the inherent power of the Court." Local Rule 11-110. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). *Pro se* litigants are bound by the rules of procedure, even though pleadings are liberally construed. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Local Rule 83-183, governing persons appearing *in pro se*, provides that failure to comply with the Federal Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction.

In light of defendant's apparent failure to cooperate in filing a joint status report or otherwise file a status report in compliance with the court's July 10, 2009 order, defendant will be ordered to show cause why sanctions should not be imposed on him for violation of that order, and will also be directed to promptly file a status report.

Accordingly, IT IS HEREBY ORDERED that:

1. The Status Conference currently set for October 14, 2009, is CONTINUED to October 28, 2009, at 10:00 a.m., in Courtroom No. 25.

2. Defendant shall show cause, in writing, on or before October 16, 2009, why sanctions should not be imposed upon him for failure to cooperate in filing a joint status report, as required by the July 10, 2009 order.

3. Defendant shall also file, by October 16, 2009, a status report setting forth the matters referenced in the court's July 10, 2009 order, or a statement that he is in agreement with the statements and scheduling proposals set forth in plaintiff's October 2, 2009 status order.

4. The Clerk of Court is directed to send defendant a copy of this court's order filed July 10, 2009, Dckt. No. 16.

SO ORDERED.

DATED: October 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE