IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                            No. 2:08-cv-350-MCE-EFB PS

    vs.

CHARAN BUDWAL,

    Defendant.                       <u>ORDER</u>

        On May 1, 2012, plaintiff filed a notice of settlement of this action. Dckt. No. 25. Therefore, on May 2, 2012, the undersigned issued an order directing dispositional documents to be filed within thirty days. Dckt. No. 26. On June 1, 2012, the court granted plaintiff's request for an extension of time to file dispositional documents, and stated that such documents should be filed on or before June 20, 2012.

        On June 22, 2012, plaintiff filed a second request for an extension of time to file dispositional documents, indicating that the parties are still in the process of finalizing their settlement. Dckt. No. 29. Accordingly, plaintiff's request is granted. Dispositional documents shall be filed on or before July 10, 2012.

        SO ORDERED.

Dated: June 26, 2012.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE