IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                  No. 2:08-cv-350-MCE-EFB PS

    vs.

CHARAN BUDWAL,
                                 ORDER

        Defendant.

_____/

On May 1, 2012, plaintiff filed a notice of settlement of this action. Dckt. No. 25. Therefore, on May 2, 2012, the undersigned issued an order directing dispositional documents to be filed within thirty days. Dckt. No. 26. On June 1 and June 27, 2012, the court granted plaintiff's requests for extensions of time to file dispositional documents. Dckt. Nos. 28, 30. The June 27 order required that the dispositional documents be filed on or before July 10, 2012.

On July 11, 2012, plaintiff filed a third request for an extension of time to file dispositional documents, indicating that plaintiff is having difficulty contacting the defendant. Dckt. No. 31. Plaintiff "requests a third extension for additional time to file dispositional documents in hopes to get the signed settlement agreement and funds on or by July 30, 2012." *Id.*

////

1 | Plaintiff's request is granted. Dispositional documents shall be filed on or before July 30,
2 | 2012.
3 | SO ORDERED.
4 | Dated: July 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE