1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11              Plaintiff,                No. 2:08-cv-350-MCE-EFB PS

12        vs.

13   CHARAN BUDWAL,
                                          ORDER
14              Defendant.
     _____/

15

16        On May 1, 2012, plaintiff filed a notice of settlement of this action.  Dckt. No. 25.

17   Therefore, on May 2, 2012, the undersigned issued an order directing dispositional documents to

18   be filed within thirty days.  Dckt. No. 26.  On June 1 and June 27, 2012, the court granted

19   plaintiff's requests for extensions of time to file dispositional documents.  Dckt. Nos. 28, 30.

20   The June 27 order required that the dispositional documents be filed on or before July 10, 2012.

21        On July 11, 2012, plaintiff filed a third request for an extension of time to file

22   dispositional documents, indicating that plaintiff is having difficulty contacting the defendant.

23   Dckt. No. 31.  Plaintiff "requests a third extension for additional time to file dispositional

24   documents in hopes to get the signed settlement agreement and funds on or by July 30, 2012."

25   *Id.*

26   ////

1

1       Plaintiff's request is granted.  Dispositional documents shall be filed on or before July 30,

2  2012.

3       SO ORDERED.

4  Dated:  July 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2